IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01525-MSK-BNB

LISA C. WHITTLE,

Plaintiff,

v.

MERCK & CO., INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to File Amended Complaint** [docket no. 12, filed October 20, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Amended Complaint for filing. Defendant has ten (10) days from the date of this Order to answer or respond.


DATED: October 27, 2008