IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01525-MSK-BNB

LISA C. WHITTLE,

Plaintiff,

v.

MERCK & CO., INC.,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference:

IT IS ORDERED that a revised scheduling order, modified as discussed at the conference, shall be submitted to the court on or before **December 1, 2008**.

Dated November 25, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge