IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  08-cv-01525-RPM

LISA C. WHITTLE,

     Plaintiff,

v.

MERCK & CO., INC.,

     Defendant.

_____

## ORDER OF RECUSAL
_____

     Because my wife holds stock in defendant Merck & Co., Inc., there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

     ORDERED that the Clerk of Court shall reassign this civil action.

     DATED:  April 23rd, 2009

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge