IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01525-PAB-BNB

LISA C. WHITTLE,

Plaintiff,

v.

MERCK & CO., INC.,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **June 17, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated May 27, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge