IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-01525-PAB-BNB

LISA C. WHITTLE,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion for Dismissal With Prejudice [Docket No. 53].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion for dismissal [Docket No. 53] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 21, 2009.

BY THE COURT:


s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge